*In re* LILLIAN A. RAMOS BAHAMUNDI.

*Número:* TS-9635      *Resuelto:* 19 de enero de 2006

*Lillian A. Ramos Bahamundi,* peticionaria que comparece por derecho propio.

## RESOLUCIÓN

Examinada la Moción Urgente Solicitando Aclaración, presentada por la parte peticionaria, *se declara "con lugar" y se autoriza la reinstalación de la Lic. Lillian A. Ramos Bahamundi al ejercicio de la abogacía y la notaría.*

*Notifíquese por telefax y por la vía ordinaria.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente Señor Hernández Denton y el Juez Asociado Señor Rebollo López no intervinieron.

        *(Fdo.)* Aida Ileana Oquendo Graulau
           *Secretaria del Tribunal Supremo*